IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:07cr39-SPM

BRYAN ACOSTA,

      Defendant.
_____/

## ORDER

Pending before the Court is Defendant's unopposed motion to use a laptop and projector during the trial that is scheduled for February 4, 2008 (doc. 36).  In the motion, Defendant requests permission to use DVDs or compact disks to publish documents, photos and other exhibits for the jury.  The Government does not oppose the granting of this motion.

It is hereby ORDERED AND ADJUDGED as follows:

1. The motion requesting permission to use a laptop and a projector during trial (doc. 36) is granted.

2. Chambers shall notify building security personnel of this order.

DONE AND ORDERED this <u>thirtieth</u> day of January, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge