**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                  Case No.: 1:07cr39 SPM/AK

BRYAN ACOSTA,

      Defendant.
_____/

**ORDER CONTINUING SENTENCING**

For good cause shown, Defendant's unopposed motion to continue sentencing (doc. 76) is granted. The sentencing hearing is hereby reset for **Monday, June 2, 2008 at 1:30 p.m.**

DONE AND ORDERED this twenty-eighth day of April, 2008.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      United States District Judge