IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

      Plaintiff

vs.                                      Case No. 1:07cr39-SPM/AK

**BRYAN ACOSTA**

      Defendant.
_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court on the Motion of the United States of America for a Final Order of Forfeiture. (doc. 107)  Being fully advised in the premises, the Court finds as follows:

1. On April 24, 2008, this Court entered a Preliminary Order Of Forfeiture against **$7,133.00 in United States Currency** pursuant to the provisions of 21 U.S.C. § 853.

2. Pursuant to Rule G(4)(a) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this forfeiture action and the intent of the United States of America to dispose of the property was published on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning May 6, 2008.  Such notice informs all third parties of their right to file a petition

       within sixty (60) days of the first date of publication setting forth their interest in said property.

3.      No persons or entities have filed a claim.

**ORDERED, ADJUDGED and DECREED** that the right, title and interest to **$7,133.00 in United States Currency**, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law.

DONE AND ORDERED this <u>twenty-ninth</u> day of July, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge