IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No.: 1:07cr39 SPM/AK

BRYAN ACOSTA,

      Defendant
_____/

### ORDER DIRECTING GOVERNMENT TO RESPOND

Pending before the Court is Defendant's motion for return of seized property pursuant to Federal Rule of Criminal Procedure 41(g).  (doc. 114)  Although Defendant's criminal case has concluded, the Court has jurisdiction to consider Defendant's motion.  United States v. Potes Ramirez, 260 F.3d 1310 (11th Cir. 2001).   Accordingly, it is

ORDERED AND ADJUDGED that the Government file a response to the motion on or before **Monday, October 13, 2008.**

DONE AND ORDERED this seventh day of October, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge