**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                          Case No.: 1:07cr39 SPM/AK

BRYAN ACOSTA,

          Defendant
_____/

### ORDER DENYING MOTION FOR RETURN OF SEIZED PROPERTY

Pending before the Court is Defendant's motion for return of seized property

pursuant to Federal Rule of Criminal Procedure 41(g).  (doc. 114)   Although

Defendant's criminal case has concluded, the Court has jurisdiction to consider

Defendant's motion.  United States v. Potes Ramirez, 260 F.3d 1310 (11th Cir. 2001).

The Government responded (doc. 120).  Because the appeal in this case is still

pending, in the event of a retrial, Defendant's property may be used as evidence.

Accordingly, until this matter has been finalized and the case is no longer under review,

Defendant may not receive the property that was seized pursuant to his arrest.

It is ORDERED AND ADJUDGED that the motion for return of seized property

(doc. 114) is hereby denied without prejudice.

DONE AND ORDERED this nineteenth day of December, 2008.


_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge