IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:07-cr-00039-SPM-AK

BRYAN ACOSTA,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 132, Defendant's motion to voluntarily withdraw his pending motion to vacate pursuant to 28 U.S.C. § 2255. The Government has not responded to the Motion. Because it is unclear whether Defendant is aware of the consequences of withdrawing his § 2255 motion, Defendant is hereby advised that if he withdraws his motion, any subsequently-filed motion may be barred by the one-year limitations period applicable to § 2255 motions and/or by the restrictions on filing second or successive § 2255 motions. See 28 U.S.C. § 2255. The Defendant shall be required to file a notice with the Court acknowledging that he understands these consequences. Accordingly, it is

    **ORDERED AND ADJUDGED**:

    1. A ruling on the motion to withdraw, Doc. 132, is **DEFERRED.**

    2. Defendant shall, **on or before April 12, 2010**, file a notice with the Court stipulating that he understands the consequences of withdrawing his § 2255 motion, as outlined in this Order.

    **DONE AND ORDERED** this 24th day of March, 2010.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge