IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:07-cr-00039-SPM-GRJ

BRYAN ACOSTA,

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 132, Defendant's motion to voluntarily withdraw his pending 28 U.S.C. § 2255 motion. Because it was unclear whether Defendant was aware of the consequences of withdrawing his § 2255 motion, the Court advised Defendant that any subsequently-filed motion may be barred by the one-year limitations period and/or by the restrictions on filing second or successive § 2255 motions. Doc. 134. The Court ordered Defendant to file a notice on or before April 12, 2010, acknowledging that he understood those consequences. Defendant has failed to comply with that order. Accordingly, it is respectfully **RECOMMENDED** that the motion to voluntarily withdraw the § 2255 motion, Doc. 132, be **GRANTED.**

**IN CHAMBERS**, at Gainesville, Florida, this 20th day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.