IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NO.: 1:07cr39-SPM/GRJ

BRYAN ACOSTA,

    Defendant.
_____/

**<u>ORDER</u>**

This cause comes before the Court on the Magistrate Judge's Report and Recommendation (doc. 136) dated December 20, 2010. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted. Accordingly, it is ORDERED as follows:

    1.     The magistrate judge's report and recommendation (doc. 136) is ADOPTED and incorporated by reference in this order.

    2.     The motion to withdraw (doc. 132) is granted.

    3.     Defendant's motion to vacate (doc. 127) is deemed withdrawn.

DONE AND ORDERED this 10th day of March, 2011.

                                             *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             Chief United States District Judge